1:26 MJ 4077

**AFFIDAVIT IN SUPPORT OF**
**CRIMINAL COMPLAINT**

I, Lane DeBellis, being first duly sworn, hereby depose and state as follows:

## INTRODUCTION AND AGENT BACKGROUND

1. I am a Special Agent with the Federal Bureau of Investigation ("FBI"), and I have been since April of 2022. As a Special Agent, I am authorized by law or by a government agency to engage in or supervise the prevention, detention, investigation, or prosecution of a violation of Federal criminal laws. Currently, I am assigned to the Joint Terrorism Task Force at the FBI's Cleveland Field Office. I previously served for three years as a criminal prosecutor for the state of North Carolina. I have requested and obtained a number of applications for arrest and search warrants in furtherance of investigations into various types of federal violations. Along with my law school education, I also have training and experience in interviewing and interrogation techniques, arrest procedures, search and seizure, search warrant applications, and various other criminal and law enforcement techniques.

2. Based on my training and experience and the facts as set forth in this affidavit, there is probable cause to believe that WYATT JAMES BRZOSKA has violated 18 U.S.C. § 875(c) (Interstate communications, interstate threats)[1] and 18 U.S.C. § 922(g)(3) (Unlawful user of controlled substance in possession of firearm)[2] ("Target Offenses"). I submit this application and affidavit in support of a Criminal Complaint and Arrest Warrant for BRZOSKA.

---

[1] 18 U.S.C. § 875(c) provides: "(c) Whoever transmits in interstate or foreign commerce any communication containing any threat to kidnap any person or any threat to injure the person of another, shall be fined under this title or imprisoned not more than five years, or both."
[2] 18 U.S.C. § 922(g)(3) provides: "(g) It shall be unlawful for any person-- … (3) who is an unlawful user of or addicted to any controlled substance (as defined in section 102 of the Controlled Substances Act (21 U.S.C. 802)) … to ship or transport in interstate or foreign commerce, or possess in or affecting commerce, any firearm or ammunition; or to receive any firearm or ammunition which has been shipped or transported in interstate or foreign commerce."

3. The statements in this affidavit are based in part on information and evidence provided by the analysis of law enforcement databases, evidence obtained in other state and federal criminal investigations, written reports about this case, examination of records from commercial and FBI databases, publicly available information, and my investigation of this matter. Since this affidavit is being submitted for the limited purpose of a Criminal Complaint and Arrest Warrant, I have not included each and every fact known to me concerning this investigation. I have set forth only the facts that I believe are necessary to establish probable cause to believe that BRZOSKA has committed the Target Offenses.

**PROBABLE CAUSE**

4. On November 17, 2025, an anonymous tip was submitted online and received by the FBI National Threat Operations Center ("NTOC"), regarding a potential mosque mass shooting threat posted by TikTok user "@bonehead__". Emergency disclosure requests ("EDRs") to TikTok and Apple led to the account owner, WYATT JAMES BRZOSKA of 5630 Center Rd, Valley City, OH 44280, date of birth 10/23/2005.

5. The matter was referred to the Medina County Sheriff's Office and closed after they interviewed BRZOSKA and his mother. BRZOSKA explained that he made the posts because he was just trying to upset people and get a reaction. He said the threats were a joke. He said the gun visible in a TikTok video was a BB gun, which he showed officers. He told officers that he did not own or possess any firearms. BRZOSKA's mother owned firearms but they were locked in a safe.

6. BRZOSKA subsequently deleted the videos on his TikTok account and posted two videos mentioning the FBI. One, posted on November 23, 2025, is of an AI generated man dancing in tactical gear with a Black Sun symbol in the background. There is text that states

"20% right lad sinister blud . . . 51% right lad sinister 09a blud . . . 151% sinister right lad niche Brenton blud (mosque emoji, Kaaba emoji, star and crescent emoji) . . . Tuffffff (three freezing face emojis)." The caption states "Hello FBI would you say this post is worthy of you raiding my house again?" Based on my knowledge and experience, the Black Sun symbol originated in Nazi Germany and is regularly utilized by far-right groups and individuals in their propaganda. Additionally, Brenton Tarrant had the Black Sun on the front of his tactical vest when he shot and killed 51 individuals at two mosques in Christchurch, New Zealand on March 15, 2019. Furthermore, your affiant believes that "09a" is referring to the Order of the Nine Angles, which is a nihilistic and satanic cult that has members who have committed acts of violence and terrorism in the past.

7. On November 24, 2025, BRZOSKA posted a video of himself smiling and smoking what appears to be a marijuana blunt in what looks like the break room of his employer, Tractor Supply Co. There is text overlayed on the video stating "For this thanksgiving I'm thinking instead of turkey I'm going to cook 51 kebabs." The caption on the video says "Happy thanks giving lads!!! #larp #09a #sinister #tcc #niche." Your affiant believes that "Cook 51 kebabs" is likely in reference to the 51 people Tarrant killed in the Christchurch shooting that occurred on March 15, 2019, and the song, "Remove Kebab," that Tarrant played in his car before the attack. The hashtag "#tcc" is believed to refer to the 'true crime community,' which is an online community that began as individuals interested in discussing true crime, but eventually evolved into a community that worships and admires the perpetrators of violence and mass shootings, such as Tarrant. Your affiant is aware of several mass shooting incidents that had ties to the 'true crime community.'

8. On November 26, 2025, based on the above online activity, FBI agents interviewed BRZOSKA. During the interview BRZOSKA admitted to making more posts on TikTok after being visited by police, including the Thanksgiving post described above. BRZOSKA said the post was just a joke and he thought it was funny. BRZOSKA said there was a group of Muslims that say things that anger him as a Christian, and he was trying to get back at this group. BRZOSKA admitted to not liking Muslims because of the things said online but admitted that he has had some good interactions with Muslims while at work at Tractor Supply. BRZOSKA was in therapy and as a part of his treatment had begun Ketamine treatments which he stated was helping him relax more and not get as upset. BRZOSKA also stated he smokes marijuana, usually two times a day. Agents advised his mother to make sure she kept her weapons locked. She agreed, but then asked, "What about his guns?" BRZOSKA admitted owned firearms. Specifically, he admitted to owning an AR15 rifle, two shotguns, and a Springfield bolt action rifle. During the conversation he also mentioned an M37 firearm. All weapons were stored in a safe in his room. He did not currently have a lot of ammunition as it was expensive. He had approximately one box per firearm. He said he shoots his weapons behind his house where he has a berm. He stated he planned to delete his TikTok account and try to stay offline more.

9. On March 11, 2026, the FBI received a tip in the form of a document from a private, non-profit corporation that researches extremism and terrorism. The document referenced a TikTok user (@larpcentral51) who has made several concerning videos that indicate that the user may be planning an attack on a mosque in Columbia Station, Ohio. After receiving this information, your Affiant reviewed the publicly viewable posts on this TikTok account. A review of the content of the account, including pictures and videos the user posted of his face,

resulted in the identification of the user as BRZOSKA. Several of the posts on the account show BRZOSKA in tactical gear, brandishing various bladed weapons and firearms. Several of these videos appear to have been taken in BRZOSKA's bedroom, and at least one in a garage or workshop area.

10. On February 10, 2026, BRZOSKA posted a video where he is speaking to the camera, however the audio from the video has been replaced with a song. The caption of the video included the hashtags of "speech" and "manifesto."

11. On March 1, 2026, BRZOSKA posted a video that showed clips of a burning building, then a clip of BRZOSKA in tactical gear and a skull mask, holding what looks to be an AI generated kebab to his mouth, mimicking eating, another reference to Brenton Tarrant and the Christchurch shooting. BRZOSKA left a comment on the video, "Pretty black smoke [two black heart emojis]."

12. On March 2, 2026, BRZOSKA, through his @larpcentral51 account, posted a video with text that said "leave my churches alone," which, along with the statements he made to agents about Muslims, indicates a grievance against Muslims.

13. On March 3, 2026, BRZOSKA posted an image compilation showing a camouflage shirt as well as three World War II-era Nazi Germany helmets and asked his followers which helmet he should choose. Your affiant is aware that mass shooters often select items to wear during their attacks that reference previous attackers or ideological intentions.

14. On March 10, 2026, BRZOSKA posted a video from inside of his vehicle where he shows that he is wearing clothing resembling military fatigues and then points the camera outside of the vehicle and zooms in on a building. The text on the video states "You will feel it." The building in the video has been confirmed to be a mosque in the Northern District of Ohio.

The mosque has an event planned for the evening of March 14, 2026, which is expected to draw high volumes of worshippers.

15. On March 12, 2026, BRZOSKA posted twelve videos on his TikTok account before making his account private. Four of those videos were screen recordings of a video game where a character in tactical gear walks around and shoots people. One of them includes the text "Get revenge." Another video shows a black and white photo of BRZOSKA, which then switches to a black and white photo of Brenton Tarrant. The video then switches back and forth quickly between the two photos giving the appearance that BRZOSKA and Tarrant are merging into one person. In another video, the camera pans around the floor of BRZOSKA's bedroom. At least two different rifles can be seen on his floor and on his office chair. Text on the video states: "I'm done being nice. I'm done working hard. I'm done being the lamb , and i'm done being the sheep" and "I'm done being calm. And i'm done being kind. I. am. done." The next video shows a picture of BRZOSKA and has what sounds like the audio recording of a 911 call where a woman reports a man with a gun and then repeated gunfire can be heard. After that, he posts a video that shows a picture of him crouching down and holding a long gun, with the text in red "FORWARD THE PURIFICATION." Next, BRZOSKA posts a photo of himself wearing a skull mask, hearing protection, a hat, and a tactical vest that is carrying loaded rifle magazines. Following that photo, he posts a video that shows a photo of the night sky with the text "Everything's pointless without you." Lastly, BRZOSKA posts a video of himself talking to the camera. Midway through the video it shows the photo of him in tactical gear that he posted just prior, and then switches back to him speaking. BRZOSKA says the following in the video: "You know that feeling of you can't do anything right and everything around you that you've had to succumb to is just—its not for you. No one around you understands you or anything that you're

fighting for. No one around you cares. They don't care. You go around day by day—day to day to day to day—walking and living in this skin suit. That's not really your body, and it gets to a point where, I dunno, 18 years, 19 years, 20 years! You can't take it anymore. You need to let go." BRZOSKA then makes his account private.

16. As laid out in 18 U.S.C. § 922(g)(3), it is unlawful for any person who is the unlawful user of or addicted to any controlled substance (as defined in section 102 of the Controlled Substances Act), to possess in or affecting commerce, any firearm or ammunition or to receive any firearm or ammunition which has been shipped or transported in interstate or foreign commerce. BRZOSKA admitted to being a daily user of marijuana, which is classified as a Schedule I substance by the Controlled Substances Act. Therefore, it is unlawful for BRZOSKA to possess firearms or ammunition which have been shipped or transported in interstate commerce. Based on his admission to possessing firearms and ammunition, the videos depicting firearms he posted on TikTok, and his admission to being a regular user of marijuana, there is probable cause to believe that BRZOSKA has violated 18 U.S.C. § 922(g)(3).

17. There is also probable cause to believe, based on the totality of the facts described above that BRZOSKA has violated 18 U.S.C. § 875(c) through his postings on TikTok. Specifically, when viewed in the context of BRZOSKA's TikTok postings, including those showing his desire to emulate Brenton Tarrant, his references to other nihilistic and violent groups and symbols, and his possession of weapons, there is probable cause to believe that BRZOSKA's post on March 10, 2026, of a video taken from inside a vehicle in view of the mosque with the text, "You will feel it," is an interstate threat to injure the person of another in violation of 18 U.S.C. § 875(c).

Respectfully submitted,

Lane DeBellis
Special Agent
Federal Bureau of Investigation

Sworn to via telephone after submission by reliable electronic means. Fed. R. Crim. P. 3, 4(d), and 4.1.

JONATHAN D. GREENBERG
UNITED STATES MAGISTRATE JUDGE

03-13-2026
DATE

